371 A.2d 851

Commonwealth v. Brooks, Appellant.

Submitted June 14, 1976, Roy Davis, Assistant Public Defender, for appellant; William H. Ryan, Jr., Assistant District Attorney, and Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 851

Commonwealth v. Brungard, Appellant.

Submitted April 2, 1976. Lester L. Greevy, Jr., and George E. Goldstein, for appellant; Robert F. Banks, First Assistant District Attorney, and Allen E. Ertel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., concurs in the affirmance but notes that the dismissal of this appeal is without prejudice to further proceedings under the Post Conviction Hearing Act.